FILED
CLERK, U.S. DISTRICT COURT

DEC 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANKIE K. WASHINGTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, KENAN,<br><br>　　　　　Respondent. | No. CV 06-156-GHK (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation filed herein and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 12/22/08

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE