FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FRANKIE K. WASHINGTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, KENAN,<br><br>　　　　　Respondent. | No. CV 06-156-GHK (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12/22/08

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE