UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANKIE K. WASHINGTON,<br><br>    Petitioner,<br><br>    v.<br><br>DEBORAH JOHNSON, Warden,<br><br>    Respondent. | No. CV 06-156-GHK (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PETITIONER'S MOTION FOR RELIEF FROM FINAL JUDGMENT UNDER FED.R.CIV.P. 60(b)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the magistrate judge's report and recommendation regarding petitioner's motion for relief from final judgment, and respondent's objections to the report and recommendation. The Court has engaged in a de novo review of those portions of the report and recommendation to which objections have been made. The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Petitioner's Motion for Relief from Final Judgment under Fed.R.Civ.P. 60(b) is **granted**.

/

/

/

1       3.     The judgment in this action is reopened for the purpose of considering petitioner's sentencing challenge based on <u>Cunningham v. California</u>, 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007).

      4.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 9/13/16

                                  HONORABLE GEORGE H. KING
                                  UNITED STATES DISTRICT JUDGE