JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANKIE K. WASHINGTON, | No. CV 06-156-DOC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, KENAN, | |
| Respondent. | |

Pursuant to the order accepting findings, conclusions, and recommendation of the magistrate judge, IT IS ADJUDGED that petitioner's sentencing claim based on <u>Cunningham v. California</u>, 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007), is denied and dismissed with prejudice.

DATED: April 19, 2017

/s/ David O. Carter
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE